### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LINDA HAMILTON           )<br>                                        )<br>            Plaintiff,    )<br>                                        )   Case No. 08-1223 MLB/DWB<br> vs.                                  )<br>                                        )<br> B.K. INC.                       )<br>                                        )<br>            Defendant.  )<br>_____) | |

### JOINT STIPULATION OF DISMISSAL OF DISMISSAL WITH PREJUDICE

Plaintiff Linda Hamilton and defendant B.K., Inc., by and through its attorneys of record, the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice.  Defendant has reached an agreement for the payment of plaintiff's attorney fees and is making monthly payments and defendant will bear its own fees and costs in this case.  The parties request that the Court retain jurisdiction for enforcement purposes.

WHEREFORE, the parties move this Court for an entry of an Order of Dismissal with Prejudice, a proposed copy of which will be submitted separately.

Respectfully submitted,

/s/ Edward I. Zwilling
Edward I. Zwilling
Alabama Bar No. ASB-1564-L54E
Schwartz Zweben, LLP
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Telephone:     (205) 822-2701
Facsimile:      (205) 822-2702
Email: ezwilling@szalaw.com

/s/ Richard W. James
Richard W. James
Bar No. 19822
Edward L. Keeley
Bar No. 09771
McDonald, Tinker,
   Skaer, Quinn & Herrington, PA
300 West Douglas, Suite 500
Post Office Box 207
Wichita, Kansas 67201-0207
Telephone: (316) 263-5851
Facsimile: (316) 263-4677
Email: rjames@mtsqh.com
ekeeley@mtsqh.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2009, I electronically submitted the foregoing Joint Stipulation of Dismissal with Prejudice to the Clerk of the Court which will send a notice of electronic filing to the following:

   Lawrence W. Williamson, Jr.
   Kansas State Bar No. 21282
   Attorneys for Plaintiff
   Williamson Law Firm, LLC
   816 Ann Avenue
   Kansas City, Kansas 66101
   Telephone: 913.871.7060
   Facsimile: 913.535.0736
   Email: l.Williamson@williamsonfirm.com

/s/ Richard W. James
Richard W. James